IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JAMIE BRADY, et al.**

    **Plaintiffs,**

**v.**                                    **CASE NO. 5:12-cv-359-RS-GRJ**

**WASHINGTON COUNTY KENNEL CLUB,
INCORPORATED, a Florida Profit Corporation,
d/b/a EBRO GREYHOUND PARK & POKER
ROOM, and STOCKTON HESS, an individual,,**

    **Defendants.**
_____/

## ORDER

Before me is the Report of Mediation (Doc. 54). The parties shall submit their settlement agreement to me for approval not later than June 17, 2013. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Clerk is directed to remove this action from the active docket. All future proceedings are cancelled and will be rescheduled should the settlement not be approved.

**ORDERED** on May 16, 2013.

                                              **/s/ Richard Smoak**
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**